# Exhibit B



Customer Display 3"x 6"

Sales Associate Display

Note this is the current configuration of the 3"x 6" Customer display of the T-Mobile Point of Sale (POS) terminal. In the time period of 2014-2017 the Customer display was smaller, with less resolution and back-lighting.

The Customer is never allowed to view the Sales Associate display.