T-MOBILE 9465
1805 & 1807 CHURCH AVE
BROOKLYN, NY 11226
(718) 282-0549
Fax: (718) 282-0625

DCA License Number 1340525
DCA License Number 2004103
Register #12
Trans #7367
10-17-2014 11:33:22

OBU KWAME   Mobile #: 7183445953   Account No: 942698730   Sales Rep#: 3936736

## Purchases Not on Installment

| Quantity | Unit | SKU | Description | Price | Extension (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | UPGRADEFEE | UPGRADE FEE<br>Not Discount Eligible | 0.00 | 0.00 T |
| 1 | EACH | AIRTIME | AIRTIME PAYMENT<br>Not Discount Eligible | 130.14 | 130.14 N |
| | | | Sale Amount | | 130.14 |
| | | | Purchases Not on Installment Total | | 130.14 |

## Installment Purchases

| Quantity | Unit | SKU | Description | Price | Down Payment (Reflects Any Discounts) |
|---|---|---|---|---|---|
| 1 | EACH | 000000610214638106 | SAM N910T GALAXY NOTE 4 WHITE KIT<br>Serial # 354594060446139<br>Mobile Number: 7183445953<br>Not Discount Eligible | 749.76 | 564.00 T |
| | | | Sale Amount | 749.76 | 564.00 |
| | | | TAX  749.76 @ 8.875% | 66.54 | 66.54 |
| | | | Installment Purchases Total | 816.30 | 630.54 |

|  |  |
|---|---|
| Purchases Not on Installment | 130.14 |
| Installment Purchases Down Payment Total | 564.00 |
| TAX  749.76 @ 8.875% | 66.54 |
| Total Paid Today | 760.68 |
| Debit -- 4635 000979 | -760.68 |
| Reference # - 1199637327 | |

By signing this form or activating or using T−Mobile service, I acknowledge and agree that:
- My service contract term(s) on the following line(s) of service for my Rate Plan (including voice or certain data services or Add−On Features) is as follows:

- If I have purchased a device or accessory under EIP, I will refer to my EIP agreement for the specific terms and conditions of that program.

- Paperless Billing. Unless I have previously selected paper billing only, by completing this transaction I am consenting to receive my T-Mobile bill electronically and will not receive a paper bill. I can review my paperless bill by accessing my account at https://my.t-mobile.com or by following the paperless billing instructions sent to me by e-mail or text message. I may print a paper copy of my paperless bill for free online. I MAY CANCEL PAPERLESS BILLING AT ANY TIME AND RECEIVE A PAPER BILL BY GOING TO THE BILLING TAB IN THE MYACCOUNT APPLICATION ON MY DEVICE, BY GOING TO MY MY.T-MOBILE.COM ACCOUNT AT THE ADDRESS ABOVE, OR BY CONTACTING CUSTOMER

| | |
|---|---|
| T-MOBILE 9465<br>1805 & 1807 CHURCH AVE<br>BROOKLYN, NY 11226<br>(718) 282-0549<br>Fax: (718) 282-0625<br>OBU KWAME | DCA License Number 1340525<br>DCA License Number 2004103<br>Register #12<br>Trans #7367<br>10-17-2014 11:33:22 |

Mobile #: 7183445953     Account No: 942698730     Sales Rep#: 3936736

CARE. I can read the Paperless Billing Terms & Conditions available at www.t-mobile.com/billterms.

- IF MY RATE PLAN IS CANCELLED BEFORE THE END OF MY TERM, I WILL BE REQUIRED TO PAY AN EARLY TERMINATION FEE OF UP TO $200 PER LINE OF SERVICE ON SERVICE CONTRACTS OF ONE YEAR OR MORE. If an upgrade required activation or continuation of a data service or add-on feature, the service contract term extension and Early Termination Fee also apply to that service or feature. If my Rate Plan is month to month, there is no Early Termination Fee for service cancellations.

- Data plans may have throughput and other limits, including Rate Plan Allotments. Domestic Off-Network data Allotments are: (1) 5MB if my data plan has 1MB to 199MB of full speed data; (2) 10MB if my data plan has 200MB to 1.99GB of full speed data; (3) 50 MB if my data plan has 2GB to 4.99GB of full speed data, or if my data plan has Unlimited Nationwide 4G data; (4) 100MB if my data plan has 5GB to 9.99GB of full speed data; or (5) 200MB if my data plan has 10GB of data and above.

- Service availability and usage limits vary - see your plan for details. Partial minutes rounded up, and data usage rounded up to nearest KB. Data roaming not available for prepaid plans. No cash value; no refunds. Not liable if lost/stolen.
- Activation or use of T-Mobile service is your agreement to T-Mobile's Terms and Conditions and any terms specific to your rate plan.
- Plan features apply to service on T-Mobile's Network in the U.S. For international add-on features, calls must originate on T-Mobile's Network in the U.S and text messages must originate in the U.S. International roaming rates apply. For Int'l Talk & Text add-on feature, international calling is unlimited to landlines in select countries if added to an unlimited domestic calling plan, but decrements minutes if added to a limited minute plan (domestic overage rates apply); text messaging applies to mobile phones only -- other types of international messages (e.g., picture messages) are charged per message. See www.T-Mobile.com for lists of countries.

- I understand I may be unable to switch to a different Rate Plan or other service and that if I switch, I may be bound by my existing or an extended service contract term (including early termination provisions and fees) and/or charged a migration fee of up to $200 per line.

- I can cancel an upgrade contract extension if I go back to the original point of purchase and return all Devices I acquired with my upgrade in their packaging with all original contents, undamaged and in good working condition with no material alterations to the Device's hardware or software, within 14 days of my upgrade date (may be longer in some states), and my service agreement will revert to the original term prior to the upgrade. I may be required to pay a restocking fee for Devices I return. I have reviewed and understand T–Mobile's Return Policy.
- T–MOBILE REQUIRES ARBITRATION OF DISPUTES UNLESS I PREVIOUSLY OPTED OUT PURSUANT TO T–MOBILE'S TERMS AND CONDITIONS.

Return Policy:
Device Refund or Exchanges. Device. To receive a refund or exchange a Device, you can only return or exchange the Device within 14 days of the purchase date of the original Device. You may return a Device without cancelling your service activation or upgrade service contract extension. If you exchange your Device, the 14-day period is not extended and continues to run from the date you purchased the original Device. Requirements for All Device Refunds and Exchanges: You must return your Device in its package with all original contents, undamaged and in good working condition with no material alterations to the Device's hardware or software, and you must provide the original receipt. You must return all Devices to the Sales Channel (i.e. retail store, Web, T-Mobile customer service, etc.) through which you received the Device. All Devices, accessories, or other items received as part of a promotional offer (e.g. "Buy One Get One" etc.) must be returned for a refund or exchange. Offers that provide you with a

T-MOBILE 9465
1805 & 1807 CHURCH AVE
BROOKLYN, NY 11226
(718) 282-0549
Fax: (718) 282-0625
OBU KWAME      Mobile #: 7183445953      Account No: 942698730

DCA License Number 1340525
DCA License Number 2004103
Register #12
Trans #7367
10-17-2014 11:33:22

Sales Rep#: 3936736

discount on a Device, service, accessory or other item or feature (e.g. "Buy One Get a Discount on Another", etc.) will result in you no longer remaining eligible for the discount, and you may be charged the difference between the discounted price and the regular price. Limited Edition and some other Devices may not be refunded or exchanged. You may also be required to pay a restocking fee as follows: The restocking fee shall be $75 for advanced, data-focused devices that are designed for web browsing (e.g. tablets, netbooks); the restocking fee shall be $50 for "smart phone" devices, which are high end phones that are designed for web and social media use in addition to standard phone features such as voice and text messaging; and for all other devices, the restocking fee shall be $25 (e.g. basic phone devices, data sticks).

Accessories. To receive a refund of any accessories purchased, you must return the accessories within 30 days of purchase with your original sales receipt to the Sales Channel (i.e. retail store, Web, T-Mobile customer service, etc.) through which you purchased the accessories.

Prepaid services and e−coupons are non−refundable.

- As cardholder of the card used in this transaction and referenced below, I acknowledge receipt of goods and/or services in the amount of the total shown on this receipt and agree to the obligations set forth above and in my agreement with the card issuer.

_[signature]_
_____
Customer Signature: